UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DOUGLAS JACKSON #748757, | |
| Plaintiff, | NO. 2:21-cv-13 |
| v | HON. ROBERT J. JONKER |
| DONALD LORENDO and NATHAN HOFFMAN, | MAG. MAARTEN VERMAAT |
| Defendants. | |

| | |
|---|---|
| Douglas Jackson #748757<br>*In Pro Per*<br>Ionia Correctional Facility<br>1576 W. Bluewater Highway<br>Ionia, MI 48846 | Joseph Y. Ho (P77390)<br>Assistant Attorney General<br>Attorney for Defendants<br>   Hoffman & Lorendo<br>Michigan Dept. of Attorney General<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>hoj@michigan.gov |

**MDOC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE BASIS OF EXHAUSTION**

MDOC Defendants Donald Lorendo and Nathan Hoffman, through counsel, bring this motion under Fed. R. Civ. P. 56(a), and ask the Court to enter an order granting partial summary judgment in their favor and dismissing the unexhausted claims against them, based on the grounds set forth in their accompanying brief.

The undersigned has sought concurrence from Jackson by telephone, and Jackson did not concur.

Respectfully submitted,

Dana Nessel
Attorney General

                                              */s/ Joseph Y. Ho*
                                              Joseph Y. Ho (P77390)
                                              Assistant Attorney General
                                              Attorney for MDOC Defendants
                                              MDOC Division
                                              P.O. Box 30217
                                              Lansing, MI 48909
                                              (517) 335-3055
Dated: October 7, 2021                    hoj@michigan.gov

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on October 7, 2021, I electronically filed the *foregoing document(s)* together with this *Certificate of Service* with the Clerk of the Court, which will provide electronic copies to counsel of record and a hard copy of same was placed in First-Class Mail, postage paid, plainly addressed as follows:

Douglas Jackson #748757
Ionia Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

                                              */s/ Joseph Y. Ho*
                                              Joseph Y. Ho (P77390)
                                              Assistant Attorney General
                                              Attorney for MDOC Defendants
                                              Michigan Dept. of Attorney General
                                              MDOC Division